IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 18-1244-DLF |
| U.S. DEPARTMENT OF STATE, | ) ) ) | |
| *Defendant*. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order dated September 13, 2018, Plaintiff Judicial Watch, Inc. and Defendant U.S. Department of State ("DOS") submit this joint status report. This case concerns Plaintiff's FOIA request to Defendant for certain records related to refugee resettlement sites in the U.S. ECF 1 at ¶ 5.

The parties have conferred further about the resolution of Plaintiff's claims in this lawsuit. DOS made releases of responsive material on October 9, 2018 and November 6, 2018. DOS has approximately 550 pages of potentially responsive material remaining to process in this case. DOS anticipates that some of this material may require consultation with submitters of commercial business information pursuant to 22 C.F.R. § 171.12 to determine whether it is exempt from disclosure under 5 U.S.C. § 552(b)(4). DOS anticipates it will be able to complete this consultation process and its review and release of any responsive non-exempt material by March 7, 2019.

Accordingly, the parties propose the Court order the parties to submit a further joint status report by March 21, 2019 to apprise the Court of progress towards release of the records and the parties' positions on resolution of any remaining disputed issues in the case.

| | |
|---|---|
| Dated: November 14, 2018 | Respectfully submitted, |
| *s/ Chris Fedeli* <br> Chris Fedeli <br> DC Bar No. 472919 <br> **JUDICIAL WATCH, INC.** <br> 425 Third Street SW, Suite 800 <br> Washington, DC 20024 <br> 202-646-5172 <br> cfedeli@judicialwatch.org <br><br> *Counsel for Plaintiff* | JESSIE K. LIU <br> D.C. Bar #472845 <br><br> DANIEL F. VAN HORN <br> D.C. Bar #924092 <br> Chief, Civil Division <br><br> BY: */s/ Fred E. Haynes* <br> FRED E. HAYNES, D.C. Bar #165654 <br> Assistant United States Attorney <br> 555 Fourth Street, N.W., Room E-4110 <br> Washington, D.C. 20530 <br> 202.252.2550 <br> fred.haynes@usdoj.gov <br><br> *Counsel for Defendant* |